UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jamie Huber, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br><br>Experian Information Solutions, Inc.; Account Resolution Services, LLC, <br><br>　　　　　Defendants. | ) Case No: 2:20-cv-4607-PBT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **PRAECIPE TO ISSUE ALIAS SUMMONS**

TO THE CLERK OF THE COURT:

On September 21, 2020, the undersigned counsel for Plaintiff, Jamie Huber, filed a Complaint against Defendants Experian Information Solutions, Inc. and Account Resolution Services, LLC in this litigation ("Defendants"). The Court mailed the Summons issued to Defendants to counsel for Plaintiff at a previous office address and it was never received. Plaintiff's counsel has not yet received the mailed Summons to be issued to Defendants

At this time, counsel for Plaintiff is respectfully requesting the Clerk to issue alias summonses via email to nl@zemellawllc.com and by mail to counsel's new office address at 660 Broadway Paterson, New Jersey 07514 so that service can be completed.

Dated this 11th day of December 2020.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Nicholas Linker*
　　　　　　　　　　　　　　　　　　　　　Nicholas Linker, Esq. ID# 321521
　　　　　　　　　　　　　　　　　　　　　Zemel Law LLC
　　　　　　　　　　　　　　　　　　　　　660 Broadway
　　　　　　　　　　　　　　　　　　　　　Paterson, New Jersey 07514
　　　　　　　　　　　　　　　　　　　　　(Tel): 862-227-3106
　　　　　　　　　　　　　　　　　　　　　nl@zemellawllc.com
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December a true and correct copy of the foregoing document was e-filed via the Court's ECF System with a copy electronically sent to all counsel of record.

/s/ *Nicholas Linker*
Nicholas Linker, Esq.