# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **JAMIE HUBER,** : | |
| : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | **NO. 20-4607** |
| v. : | |
| : | |
| **ARS ACCOUNT RESOLUTION** : | |
| **SERVICES,** : | |
| | |
| **Defendant.** | |

## ORDER

**AND NOW**, this __26th___ day of July 2021, upon consideration of Defendant ARS Account Resolution Services' Motion to Quash the Attempted Service of Process and Dismiss (ECF 3), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DENIED**.

Plaintiff shall have **45 days** from the date of this order to re-serve ARS with an amended caption and summons pursuant to the Federal Rules of Civil Procedure.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**