

NICHOLAS LINKER, ESQ. (PA, NJ)
660 BROADWAY
PATERSON, NJ 07013
PHONE:   (862) 227-3106
FAX:       (862) 204-5901
NL@ZEMELLAWLLC.COM

August 27, 2021

**VIA REGULAR MAIL:**

Civil Clerk
Room 2609
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      **RE:**   **Huber v. ARS Account Resolution Services**
              **Case No. 2:20-cv-4607**

To whom it may concern,

     On July 26, 2021, the Court entered an Order denying Defendant's Motion to Quash Service. [ECF 8]. The Court also ordered Plaintiff to re-serve Defendant with an amended caption and summons within 45 days, but did not specifically order that the caption be amended. As such, Plaintiff now submits this amended Complaint, changing only Defendant's name, upon the Court's implied order. Please enter the enclosed Amended Complaint in the above referenced case and change the caption accordingly.

     Counsel had previously attempted to contact the clerk's office with regard to this matter, but received no response. Thank you for your attention to this matter and please contact me if you require anything further.

                                            Very truly yours,

                                            Nicholas Linker, Esq.