UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jamie Huber,<br><br>   Plaintiff,<br><br> vs.<br><br>Experian Information Solutions, Inc.; ARS Account Resolution Services,<br><br>   Defendants. | ) Case No: 2:20-cv-4607<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE TO ISSUE ALIAS SUMMONS

TO THE CLERK OF THE COURT:

On August 30, 2021, the undersigned submitted an amended Complaint with an Amended Caption in accordance with the Court's Order. [ECF 8]. Accordingly, counsel for Plaintiff is respectfully requesting the Clerk to issue an alias summons to Plaintiff so that Plaintiff may re-serve Defendant in accordance with the Court's order.

Dated: August 31, 2021

                 Respectfully Submitted,

                 /s/ Nicholas Linker
                 Nicholas Linker, Esq.
                 Zemel Law LLC
                 660 Broadway
                 Paterson, New Jersey 07514
                 (Tel): 862-227-3106
                 nl@zemellawllc.com
                 Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2021, a true and correct copy of the foregoing document was e-filed via the Court's ECF System with a copy electronically sent to all counsel of record.

/s/ Nicholas Linker
Nicholas Linker, Esq.