# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE HUBER, | ) | Case No.: 2:20-cv-4607 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SERVE** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; ARS ACCOUNT RESOLUTION SERIVCES, | ) | |
| Defendant. | ) | |

COMES NOW, upon consideration of Plaintiff's motion and good cause showing,

IT IS HEREBY ORDERED, that Plaintiff's motion shall be **GRANTED**. Plaintiff shall have an additional 30 days to serve Defendant.

Dated this _____ of _____, 2021.

_____

Hon. Petrese B. Tucker, U.S.D.J.