# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMIE HUBER,** | |
| **Plaintiff,** | CIVIL ACTION |
| v. | NO. 20-4607 |
| **ARS ACCOUNT RESOLUTION SERVICES,** | |
| **Defendant.** | |

## ORDER

**AND NOW**, this 25th day of October 2021, upon consideration of Plaintiff's Request for an Extension of Time to Serve Defendant ARS Account Resolution Services (ECF No. 12), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **GRANTED**. Plaintiff shall serve Defendant on or before **Wednesday, November 24, 2021**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.