# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE HUBER | : CIVIL ACTION |
| | : |
| v. | |
| | : NO. 20-4607 |
| ARS ACCOUNT RESOLUTION SERVICES | |

## RULE 16 CONFERENCE

In accordance with Federal Rule of Civil Procedure 16, a **telephone conference** will be held before the Honorable Petrese B. Tucker on **March 16, 2022** at **11:30 a.m.**

**Attached is a Rule 16 Conference Information Report which you are required to complete and fax to the court at 267-299-5072. The report must be faxed to Chambers at least three (3) days prior to the telephone conference. The report does not have to be officially filed of record.**

**The dial-in information is as follows: Dial 888-684-8852 Access code 9078201#**

Counsel must be prepared to address all relevant issues including, but not limited to, the following matters:

(a) Jurisdictional defects, if any;
(b) Time limits for the possible joinder of additional parties and to amend pleadings;
(c) Prospects of amicable settlement;
(d) Progress of Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure;
(e) Establishing schedules for the remaining pretrial proceedings including discovery, pretrial filings, the exchange of expert reports, etc.;
(f) Filing of dispositive motions;
(g) Setting a firm date for trial.

If trial counsel in this case is on trial in a Court of record at the time of the Rule 16 Conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the Rule 16 Conference. The Rule 16 Conference will be continued to another date only in exceptional cases.

Encl.                                                        Very truly yours,

Date issued February 15, 2022                                /s/Alisa Ross
                                                             Alisa Ross
                                                             Deputy Clerk to Judge Petrese B. Tucker

**RULE 16 CONFERENCE INFORMATION REPORT** Conference Date: March 16, 2022

Civil Action No. 20-4607    JURY TRIAL_____    NON-JURY TRIAL_____

Title of Case: **Jamie Huber v. ARS Account Resolution Services**

Name of Party You Represent: _____

Party is: plaintiff _____    defendant _____    third-party defendant _____

Name of Trial Counsel: _____

Law Firm: _____

Address: _____

Phone Number (including area code): _____ Fax No. _____

Basis for
Jurisdiction: _____

Proof of Service Filed as to Defendant: Yes _____    No _____

Has self-executing disclosure been completed?   Yes _____    No _____

If not, explain what remains to be completed: _____

What, if any, matters do you wish to bring to the attention of the court at the Rule 16 conference?

_____

Case will be ready for trial on or about: _____

Trial time: a) Estimate of total time to present your case _____
            b) Estimate of total time for the entire trial _____

Prospect of settlement:   Likely ____   Possible ____   Unlikely _____   Unknown _____
Settlement conference desired?   Now _____   Later _____

Do you elect to proceed before a Magistrate Judge? _____
                                                    Yes/No
Additional comments: _____

Counsel for _____ Date: _____